IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JESSIE JAMES ROSE                                              PLAINTIFF

v.                  Civil No. 06-1006

LT. JANET DELANEY                                        DEFENDANT

## **MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Jessie James Rose filed this pro se civil rights action under 42 U.S.C. § 1983 on January 17, 2006. His complaint was filed in forma pauperis (IFP). (Docs. 1-4.)

On April 28, 2006, the undersigned entered an order directing Rose to complete, sign, and return an attached addendum to his complaint by May 26, 2006. (Doc. 5.) To date, Rose has not responded to the order by returning the completed and signed addendum. The court's April 28 order was returned as undeliverable, however on May 8, 2006, the court resent the order to Rose using an address Rose provided for his other pending action, Civil No. 05-1089. That address was at 815 Laura in Magnolia, Arkansas. (Doc. 6.) This second mailing has not been returned as undeliverable, Rose has not communicated with the court, and a later address for Rose does not appear in the file.

I therefore recommend that Rose's complaint be dismissed on the grounds that he has failed to prosecute this action or obey an order of this court. *See* Fed. R. Civ. P. 41(b).

**Rose has ten days from receipt of this report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely written objections may result in waiver of the right to appeal questions of fact. Rose is reminded that objections must be both timely and specific to trigger de novo review by the district**

AO72A
(Rev. 8/82)

**court.**

DATED this 12th day of July 2006.

/s/ Bobby E. Shepherd
_____
HON. BOBBY E. SHEPHERD
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)