IN THE UNITED STATES DISTRICT COURT
WESTERN DIVISION OF ARKANSAS
EL DORADO DIVISION

JESSIE JAMES ROSE                                                                                  PLAINTIFF

VS.                                          Civil No. 06-CV-1006

LT. JANET DELANEY                                                                                 DEFENDANT

**ORDER**

Now on this 2nd day of August, 2006, comes on for consideration the proposed findings and recommendations filed herein on July 12, 2006, by the Honorable Bobby E. Shepherd, United States Magistrate Judge for the Western District of Arkansas. Ten (10) days having passed without objections being filed by the parties, the court hereby adopts in toto the findings and recommendations.

Accordingly, the court finds that Rose's complaint should be and is hereby dismissed on the grounds that he has failed to prosecute this action or obey an order of this court. *See* Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

                                                              */s/ Harry F. Barnes*
                                                              **HARRY F. BARNES**
                                                              **U.S. DISTRICT JUDGE**